5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:18-CR-7 (CAR) |
| | : |
| v. | : VIOLATION(S): |
| | : |
| MICHAEL RON DAVID KADAR, | : 18 U.S.C. § 1038(a)(1)(A) |
| | : 18 U.S.C. § 875(c) |
| | : 18 U.S.C. § 2261A(2)(B) |
| Defendant. | : 18 U.S.C. § 2261(b) |
| | : 18 U.S.C. § 981(a)(1)(C) |
| | : 28 U.S.C. § 2461(c) |
| | : |
| | : **FILED UNDER SEAL** |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### Perpetuating a Hoax

On or about January 3, 2017, in the Athens Division of the Middle District of Georgia,

**MICHAEL RON DAVID KADAR,**

defendant herein, did intentionally convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, and will take place that would constitute a violation of Title 18, United States Code, Section 924(c)(1)(A); specifically, the defendant used internet services to place a telephone call to the University of Georgia Police Department and reported that a home invasion was underway, a person had been shot, a hostage situation was in progress at the Athens, Georgia residence of A.K., the identity of whom is known to the Grand Jury; all in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## COUNT TWO

### Transmitting Threats in Interstate Commerce

On or about January 3, 2017, in the Athens Division of the Middle District of Georgia,

**MICHAEL RON DAVID KADAR,**

defendant herein, used internet services to place a telephone call to the University of Georgia Police Department which described an alleged hostage situation in progress, including threats to kill responding police officers, and thereby knowingly transmitted a communication in interstate and foreign commerce with the intent to threaten to injure people at that location and with knowledge that they would view the communication as a threat; all in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

### Cyberstalking

On or about January 3, 2017, in the Athens Division of the Middle District of Georgia,

**MICHAEL RON DAVID KADAR,**

defendant herein, with the intent to harass and intimidate, used an interactive computer service and an electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce; specifically, the defendant used internet services to place telephone calls and to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to A.K. and an immediate family member of A.K., the identities of whom are known to the Grand Jury; all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

## FORFEITURE NOTICE

1. The allegation contained in Count Two of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

_____
PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14th day of February, AD 2018.

_____
Deputy Clerk

3